# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | |
|---|---|
| DAVID L. HOLDER,<br>Plaintiff | : |
| vs. | : 5:04-CV-55 (WDO) |
| UTILITY SERVICE CO., INC.,<br>Defendant | : |

## ORDER

The joint stipulation of parties to dismiss the above-referenced case with prejudice, having been read and considered, is hereby **GRANTED**.

**SO ORDERED**, this 27th day of January, 2005.

*[signature]*
WILBUR D. OWENS, JR.
UNITED STATES DISTRICT JUDGE